IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER BARBER                                                           PLAINTIFF
ADC #87336

V.                              NO. 5:05CV00347 JLH

THOMAS HURST, et al                                                       DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendants' motions to dismiss (or, in the alternative, motions for summary judgment) (docket entries #12, #19) are hereby granted and Plaintiff's complaint is dismissed in its entirety, without prejudice.  Any remaining pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 14th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE