IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER BARBER                                                                                         PLAINTIFF
ADC #87336

V.                                           NO. 5:05CV00347 JLH

THOMAS HURST, et al                                                                                      DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 14th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE